IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Xiaolin Zheng,<br><br>        Petitioner,<br><br>v.<br><br>John Tsoukaris, et al.,<br><br>        Respondents. | No. CV-25-04933-PHX-SHD (JZB)<br><br>**ORDER** |

On January 5, 2026, the Court issued an order requiring Respondents to show cause why Petitioner's § 2241 petition should not be granted, either for the reasons set forth in this Court's earlier decision in *Sanchez-Sanchez v. Rosa*, et al., CV-25-4586-PHX-SHD (DMF), ECF No. 7 at 2–3 (D. Ariz. Dec. 19, 2025) and/or based on the entry of a favorable judgment in *Bautista v. Santacruz*, No. 5:25-CV01873-SSS-BFM, a class action that appears to include Petitioner. Respondents' deadline was January 8, 2026, but that deadline has now expired, and Respondents did not file a response.

Given this backdrop, the Court concludes (consistent with the OSC) that the Petition should be granted, at a minimum, for the reasons set forth in *Sanchez-Sanchez*.

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

2. Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before detention. Respondents must provide a notice of compliance within three days of

releasing Petitioner or providing a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

5. The Clerk of Court must immediately transmit by email a copy of this Order and the judgment to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at Theo.Nickerson2@usdoj.gov.

Dated this 12th day of January, 2026.

_____
Honorable Sharad H. Desai
United States District Judge